**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Mandy JC, | ) | Case No. 5:22-cv-00227-GTS-ATB |
| *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | Chief United States District Court Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant*. | ) | |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $8,980.71, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.

Dated: June 5, 2023

| | |
|---|---|
| Kilolo Kijakazi, | Mandy JC, |
| By Her Attorneys, | By Her Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| /s/ Hugh Dun Rappaport<br>Hugh Dun Rappaport<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 700992<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(617) 565-2380<br>Hugh.Dun.Rappaport@ssa.gov | /s/ Howard D. Olinsky<br>Howard D. Olinsky<br>Olinsky Law Group<br>250 South Clinton Street, Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

IT IS SO ORDERED:

_/s/ Glenn T. Suddaby_
Glenn T. Suddaby
U.S. District Judge

Dated: 6/5/2023
Syracuse, NY